UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY G. MERRILL,

    Plaintiff,

  v.

ICICLE SEAFOODS, INC.,

    Defendant.

Case No. C04-1721L

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      This matter comes before the Court on "Defendant's Summary Judgment Motion Dismissing Claims." Dkt. # 32. Based on the case management order that governed this action when the motion was filed, defendant argues that plaintiff is unable to produce admissible evidence to support his claims that his injuries were caused by a negligent or unseaworthy condition aboard the DISCOVERY STAR or that he is entitled to maintenance and cure.

      Defendant's motion for summary judgment is DENIED. The Court has already determined that plaintiff fell ill while in the service of the vessel, that there is no evidence that plaintiff has reached maximum medical recovery, and that defendant must guarantee payment of plaintiff's medical expenses related to reasonable diagnostic testing and must reinstate maintenance payments to plaintiff as previously indicated. See "Order Granting Motion to Continue and Granting in part Motion to Bifurcate and Pay Maintenance and Cure" (Dkt. # 37).

ORDER DENYING MOTION FOR
SUMMARY JUDGMENT

The Court has also granted plaintiff's motions to bifurcate his Jones Act and unseaworthiness claims and to continue the trial date to allow plaintiff additional time in which to obtain medical diagnosis/treatment and establish a causal relationship between the conditions on board the DISCOVERY STAR and his illness. Summary judgment on these claims would be premature.

DATED this 9th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge