THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY G. MERRILL,<br><br>                    Plaintiff,<br><br>    v.<br><br>ICICLE SEAFOODS, INC.,<br><br>                    Defendant. | Case No. C04-1721RSL<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

    The parties, through counsel of record hereby advise the court and all concerned that they have reached agreement in this matter and settled all claims asserted by plaintiff against defendant.  On that basis, the parties hereby jointly request the Court issue this order allowing the parties 30 days in which to document their agreement before final and conclusive dismissal of all claims against all parties with prejudice and all parties to bear their own costs.

//

//

//

//

//

STIPULATED MOTION AND ORDER FOR DISMISSAL - 1
Case No. C04-1721L

DATED this ___10th___ day of August, 2006.

                              HOLMES WEDDLE & BARCOTT

                              /s/
                              Philip W. Sanford, WSBA #18593
                              Attorney for Defendant

                              O'BRYAN BAUN COHEN KUEBLER

                              /s/ per e-mail authority
                              Christopher D. Kuebler, P43220
                              Attorney for Plaintiff

### ORDER

IT IS SO ORDERED. All claims asserted in this matter are hereby dismissed with prejudice and all parties to bear their own costs. The parties shall be afforded 30 days in which to document their agreement. During that time any party may request assistance from the Court in resolving issues which arise out of the efforts to document the settlement, or request the Court place the matter back on the docket. All motions presently pending in this matter are stricken.

DATED: August 18, 2006

                              *[signature]*
                              Robert S. Lasnik
                              United States District Judge